# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SALOMÃO DE FARIAS, )<br>)<br>   Plaintiff, )<br>)<br> v. )<br>)<br>THE BOARD OF REGENTS OF )<br>THE UNIVERSITY SYSTEM OF )<br>GEORGIA/GEORGIA STATE )<br>UNIVERSITY, )<br>WENDY HENSEL, individually, )<br>NICOLLE PARSONS-POLLARD, )<br>individually, )<br>RICHARD PHILLIPS, individually, )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>1:23-cv-0761-MHC |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of the above-captioned action. Except as otherwise agreed between the parties, each party shall bear its own attorneys' fees and costs.

Respectfully submitted, this 24th day of August, 2023.

| | |
|---|---|
| BUCKLEY BALA WILSON MEW LLP | GEORGIA DEPARTMENT OF LAW |
| /s/ *Edward D. Buckley* | /s/ *Courtney C. Poole* |
| Edward D. Buckley | Courtney C. Poole |
| Georgia Bar No. 092750 | Georgia Bar No. 560587 |
| edbuckley@bbwmlaw.com | cpoole@law.ga.gov |
| 600 Peachtree Street NE | 40 Capitol Square, SW |
| Atlanta, GA 30308 | Atlanta, Georgia 30334 |
| Tel: (404) 781-1100 | Telephone: (404) 656-5331 |
| Fax: (404) 781-1101 | |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SALOMÃO DE FARIAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:23-cv-0761-MHC |
| THE BOARD OF REGENTS OF ) | |
| THE UNIVERSITY SYSTEM OF ) | |
| GEORGIA/GEORGIA STATE ) | |
| UNIVERSITY, ) | |
| WENDY HENSEL, individually, ) | |
| NICOLLE PARSONS-POLLARD, ) | |
| individually, ) | |
| RICHARD PHILLIPS, individually, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2023, I electronically filed the foregoing **Joint Stipulation of Dismissal with Prejudice** using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney(s) of record for Defendants:

Courtney Poole - cpoole@law.ga.gov

BUCKLEY BALA WILSON MEW LLP

/s/ *Edward D. Buckley*
Edward D. Buckley
Georgia Bar No. 092750